IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:09-00193 |
| | ) | CHIEF JUDGE HAYNES |
| v. | ) | |
| | ) | |
| TONY McCOLLEY, | ) | |
| | ) | |
| Defendant, | ) | |

## ORDER

Upon review of the file, I hereby recuse myself in the above-styled action. This case shall be returned to the Clerk for reassignment.

It is so **ORDERED**.

**ENTERED** this the 8th day of January, 2013.

WILLIAM J. HAYNES, JR.
Chief United States District Judge